1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DUANE REED MOORE,                        No.  2:13-cv-1728 WBS CKD P

12                Plaintiff,

13         v.                                   FINDINGS & RECOMMENDATIONS

14    B. DUFFY, et al.,

15                Defendants.

16

17         By order filed September 12, 2013, plaintiff's complaint was dismissed with leave to

18   amend.  The period of time granted to amend has expired and plaintiff has not filed an amended

19   complaint.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21         These findings and recommendations are submitted to the United States District Judge

22   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

23   after being served with these findings and recommendations, plaintiff may file written objections

24   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

25   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

26   /////

27   /////

28   /////

                                                1

1   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2   (9th Cir. 1991).

3   Dated:  November 26, 2013

4   _____
    CAROLYN K. DELANEY

5   UNITED STATES MAGISTRATE JUDGE

6

7

8   1
    morr1728.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2