1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  DUANE REED MOORE,                         No. 2:13-cv-1728 WBS CKD P

12              Plaintiff,

13       v.                                   ORDER

14  B. DUFFY, et al.,

15              Defendants.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18  under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to
19  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20       On March 13, 2014, the magistrate judge filed findings and recommendations herein
21  which were served on plaintiff and which contained notice to plaintiff that any objections to the
22  findings and recommendations were to be filed within fourteen days. Plaintiff has filed
23  objections to the findings and recommendations.
24       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
25  court has conducted a de novo review of this case. Plaintiff's "Objections to Magistrate Judge's
26  Findings and Recommendations" appear to be in effect a request to file a "Complete Amended
27  Complaint." Plaintiff already filed an Amended Complaint (Docket No 13) in response to the
28  Magistrate Judge's earlier findings and recommendations (Docket No. 12). If plaintiff wishes to

1 | file a Second Amended Complaint, he will have file and serve a separate noticed motion for
2 | permission to do so.  See F.R.Civ.P. 15(a).   Having carefully reviewed the entire file, the court
3 | finds the findings and recommendations to be supported by the record and by proper analysis.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1. The findings and recommendations filed March 13, 2014, are adopted in full; and
6 |     2. Defendants Duffy, Thumser, Elam, Carolan, Horgan, Allen, J. Jones, S. Jones, Zamora,
7 | Matteucci and Toche are dismissed.
8 | Dated:  April 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13 | moor1728.804