1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DUANE REED MOORE,                        No.  2:13-cv-1728 WBS CKD P

12                  Plaintiff,

13           v.                                 ORDER

14    B. DUFFY, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 18, 2014, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations, in which he states that Dr. Aguilera's statements

24    are false but does not provide any testimony to refute the essential testimony of Dr. Aguilera.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

                                                    1

1        Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed September 18, 2014, are adopted in full; and

3       2.  Plaintiff's motion for a preliminary injunction (ECF No. 25) is denied.

4   Dated:  October 28, 2014

5

6   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

7

8

9

10   moor1728.805

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28