UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. DUFFY, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-1728 WBS CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion asking that the discovery deadline be extended.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of the discovery deadline (ECF No. 37) is granted; and

　　　2. Any motion to compel discovery responses must be served by December 30, 2014.[1]

Dated:  October 29, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
moor1728.3

---

[1] The time for serving discovery requests has expired and is not extended.

1