IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUANE REED MOORE,** | Case No. 2:13-cv-01728-WBS-CKD P |
| Plaintiff, | |
| v. | **ORDER** |
| **B. DUFFY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's motion to vacate the dispositive motion deadline (ECF No. 45) is granted. The court will reset the deadline after the Ninth Circuit Court of Appeals rules on plaintiff's appeal regarding the denial of his motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1