UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>B. DUFFY, et al.,<br><br>    Defendants. | No.  2:13-cv-1728 WBS CKD P<br><br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that all pretrial motions, except for motions directly related to trial such as motions in limine, shall be filed within 60 days of this order.  Motions shall be briefed in accordance with paragraph 8 of this court's order filed April 21, 2014.

Dated: July 13, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
more1028.fso